**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Nitin Aradhya*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Nitin.Aradhya@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2813*
*fax: (973) 297-2010*

November 12, 2026

**Via ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Kevin Murillo Rios v. Luis Soto, et al.*, No. 26-12979 (CCC)**
**Request for Extension**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. We respectfully write pursuant to the Court's Text Order, ECF No. 11, directing Respondents to file a response to "Petitioner's arguments regarding the revocation of his supervised release as it pertains to 8 C.F.R. § 241.13(i)(2)." To ensure that Respondents provide the Court with the benefit of a considered response, we respectfully request that the Court grant an extension of time, until November 13, 2026, to file the required letter.

We thank the Court for its consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Nitin Aradhya*
NITIN ARADHYA
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/13/2026